**Glenn A. DUNN, Plaintiff–Appellee,**

v.

**Detective Manual NORRINGTON, Individually and in his official capacity as an officer of the City of Stone Mountain Police Department, Defendant–Appellant,**

---

Detective Lawton Benjamin, et al., Defendants.

No. 10–11643.

United States Court of Appeals, Eleventh Circuit.

Jan. 31, 2011.

Thomas Patrick Mitchell, The Mitchell Law Group, LLC, Marieta, GA, for Plaintiff–Appellee.

Thomas M. Mitchell, Peter C. Brown, Carothers & Mitchell, LLC, Buford, GA, for Defendant–Appellant.

Before BLACK, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

After review of the parties' briefs and the record, and with the benefit of oral argument, the Court finds no reversible error in the district court's order, dated March 29, 2010, granting the Defendant–Appellant Norrington's motion for summary judgment in part and denying that motion in part. We affirm that decision based on the thorough and well reasoned order of the district court.

**AFFIRMED.**